UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LOUIS LANDRO<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORPORATE INTERIORS, INC.<br><br>　　　　Defendant. | Civil Action No. 1:17-cv-1770 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Louis Landro ("Plaintiff") and Defendant Corporate Interiors, Inc. ("Defendant") hereby stipulate, by and through their respective counsel, that the claims asserted by Plaintiff in the Complaint against Defendant shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

| | |
|---|---|
| **LAW OFFICES OF A. DALE BOWERS** | **O'HAGAN MEYER** |
| /s/ *A. Dale Bowers,*<br>A. Dale Bowers, Esq.<br>203 North Maryland Avenue<br>Wilmington, DE 19804<br>*Attorneys for Plaintiff* | /s/ *Raymond W. Cobb*<br>Raymond W. Cobb, Esq.<br>1523 Concord Pike, Suite 200<br>Wilmington, DE 19803<br>*Attorneys for Defendant* |
| Dated: *October 15, 2018* | Dated: September 26, 2018 |

It is so Order _____ day of _____ 20__

_____
The Honorable